CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 3 1 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| **GUSTAF NELSON III,** | ) | |
| | ) | **Civil Action No. 5:08cv00016** |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **By: Hon. Samuel G. Wilson** |
| **Commissioner of Social Security,** | ) | **United States District Judge** |
| | ) | |
| **Defendant.** | ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welch, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the summary judgment motions of both parties be denied and that the Commissioner's decision denying benefits be vacated and remanded pursuant to Sentence Four for further consideration in accordance with the Report and Recommendation. Objections to the Report and Recommendation have not been filed, and the court, upon review of the record, is of the opinion that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** and **ADJUDGED** that the final decision of the Commission is **VACATED** and the case is **REMANDED** to the Commissioner under Sentence Four of 42 U.S.C. § 405(g) for further consideration in accordance with the Magistrate Judge's Report and Recommendation.

It is so **ORDERED**.

**ENTER:** This 31 Day of December, 2008.

UNITED STATES DISTRICT JUDGE